```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                    CASE NO. 12-14080-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**PETER CHAPIN BYRD**,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 12, 2012. A Report and Recommendation filed on December 18, 2012 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of December, 2012.

                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Fletcher Peacock, AFPD
        Adam McMichael, AUSA